| | |
|---|---|
| **DISTRICT COURT, WELD COUNTY, COLORADO**<br>Court Address:<br>915 10th Street, Greeley, CO, 80632 | DATE FILED: January 13, 2014 10:58 AM<br>CASE NUMBER: 2013CV30862 |
| **Plaintiff(s)** EDWARD HAFFNER<br>v.<br>**Defendant(s)** STRYKER CORPORATION et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30862<br>Division: 5            Courtroom: |
| **Order: Order Granting Motion for Extension of time** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date:  1/13/2014

*[signature]*

JULIE CHRISTINE HOSKINS
District Court Judge

**EXHIBIT J**

Page 1 of 1

| | |
|---|---|
| **DISTRICT COURT, WELD COUNTY, STATE OF COLORADO**<br>901 9th Ave.<br>Greely, Colorado 80631 | |
| **Plaintiff:**<br>EDWARD HAFFNER<br><br>v.<br><br>**Defendants:**<br>STRYKER CORPORATION, STRYKER SALES CORPORATION, HOWMEDICA OSTEONICS CORPORATION, d/b/a Stryker Orthopaedics, and John Doe and Jane Doe. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2013cv30862<br><br>Div.: 5    Ctrm.: |
| **ORDER RE: DEFENDANTS' STRYKER SALES CORPORATION AND HOWMEDICA OSTEONICS CORPORATION'S <u>UNOPPOSED</u> MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** | |

THIS MATTER is before the Court on the unopposed motion of Defendants Stryker Sales Corp.'s and Howmedica Osteonics Corp.'s for an extension of time to file an answer or otherwise plead in response to Plaintiff's complaint.

The Court, having fully considered Defendant's Motion and for other good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted; Defendants Stryker Sales Corp. and Howmedica Osteonics Corp shall have up to and including January 24, 2014, to respond to Plaintiff's complaint.

Dated: _____

By the Court:

_____
District Court Judge