IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00186-RBJ

EDWARD HAFFNER, an individual,

    Plaintiff,

vs.

STRYKER CORPORATION, a Michigan corporation,
STRYKER SALES CORPORATION, a Michigan corporation, and
HOWMEDICA OSTEONICS CORPORATION, d/b/a STRYKER ORTHOPAEDICS, a Michigan corporation.

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO AMEND PORTIONS OF THE SCHEDULING ORDER

THIS MATTER is before the Court on the Stipulated Motion to Amend Portions of the Scheduling Order [ECF Document No. 46]. The Court has reviewed the relevant pleading and, being duly advised in the premises, finding that good cause exists,

Hereby ORDERS that the Stipulated Motion is GRANTED. The Scheduling Order is amended and the discovery and dispositive motions deadlines are extended as follows:

- Discovery (fact and expert) Cutoff     May 15, 2015;
- Plaintiff's Rule 26(a)(2) Disclosures     February 16, 2015;
- Defendants' Rule 26(a)(2) Disclosures     March 17, 2015;
- Rebuttal Rule 26(a)(2) Disclosures     March 27, 2015; and
- Dispositive Motions Deadline     May 29, 2015.

-2-

Dated:  January 28, 2015.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
The Honorable R. Brooke Jackson